UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

FREDERICK G. DONNELLY,

                       Plaintiff,

        -against-

RICKY L. SHERER,

                       Defendant.

------------------------------------------------------------------X

19-CV-2121 (ER) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019

**KATHARINE H. PARKER, United States Magistrate Judge:**

      During discovery, the parties should exchange documents without filing such documents on the docket. Defendants' counsel is directed to produce Defendant Sherer's personnel file directly to Plaintiff's counsel. The Clerk of Court is respectfully directed to strike the PDF at Docket Entry 37 from the Docket.

**SO ORDERED.**

DATED:    New York, New York
              November 20, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge