USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FREDERICK G. DONNELLY,

                Plaintiff,

    -v-

RICKY L. SHERER,

                Defendant.
------------------------------------------------------------------X

19-cv-02121 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me. It is hereby:

    ORDERED that the previously-scheduled case management conference set for March 5, 2020 is hereby CANCELLED.

    IT IS FURTHER ORDERED that any other previously-scheduled conference that was set to take place **before Judge Ramos** is hereby CANCELLED. Any other conferences, including those set to proceed before Judge Parker, are unaffected by this order.

    SO ORDERED.

Dated: February 28, 2020
       New York, New York

                                                   LEWIS J. LIMAN
                                                   United States District Judge