# LAW OFFICES OF RASKIN & KREMINS L.L.P.

BRONX OFFICE
BY APPOINTMENT ONLY

160 BROADWAY – 4TH FLOOR
NEW YORK, NEW YORK 10038
TEL: (212) 587-3434

June 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/2020

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

**MEMO ENDORSED**

Re: Donnelly v. Sherer
    Index #: 1:19-cv-2121-ER-KHP

Dear Judge Parker:

We represent plaintiff Donnelly in the above entitled action. On April 24, 2020, Your Honor issued a scheduling order setting this matter down for a settlement conference on June 23, 2020.

Since the second week in March, our physical office in downtown Manhattan has been closed due to the pandemic. We are doing our best working remotely and trying to represent our clients to the best of our ability. Attorney Nicholas Warywoda who has been handling this litigation from its inception, resigned from the firm at or about the same time our office closed. Unfortunately, Pamela Placido, the paralegal assigned to this action was out of work for several weeks due to the long illness and eventual death of both her grandmother and father from Covid-19.

The purpose of this letter is to request a thirty (30) day adjournment of the settlement conference which will enable both parties to complete some post deposition and damages discovery. The undersigned has conferred with defense counsel who has consented to this request.

We both believe that a short adjournment will give us an opportunity to narrow the issues which will hopefully make for a more productive settlement conference. Thank you for your consideration of this request.

Respectfully submitted,

Michael F. Kremins (MK-6377)

cc: Desa Calder-Greene, Esq.
    Law Office of James Toomey (via ECF)

**APPLICATION GRANTED:** The telephonic settlement conference in this matter currently scheduled for Tuesday, June 23, 2020 at 10:00 a.m. is rescheduled to <u>Tuesday, July 28, 2020 at 10:00 a.m.</u> The Parties should call into the court conference line at <u>(866) 434-5269 Code: 4858267</u> at the scheduled time. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>July 21, 2020 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

06/11/2020