```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    :
FREDERICK G. DONNELLY,    :
    :
        Plaintiff,    :
    :    19-cv-2121 (LJL)
    -v-    :
    :    ORDER
RICKY L. SHERER,    :
    :
        Defendant.    :
    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that the parties in this case shall appear for a status conference on September 14, 2020 at 10:00 a.m. It will proceed by telephone. The parties are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: August 27, 2020
       New York, New York                         _____
                                                        LEWIS J. LIMAN
                                               United States District Judge