```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

FREDERICK G. DONNELLY,

                         Plaintiff,                              **ORDER**

                 -against-                                     **19-CV-2121 (KHP)**

RICKY L. SHERER,

                         Defendant.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

FREDERICK G. DONNELLY,

                         Plaintiff,

                 -against-                                     **19-CV-6030 (KHP)**

AMERCIAN CARBONATION CORPORATION,

                       Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As the parties are aware, a jury trial in this case is scheduled to begin on June 8, 2021 at 10:00 a.m.  Due to the ongoing COVID-19 pandemic and related precautions, the courthouse can only accommodate a limited number of trials at one time.  Currently, there are other cases scheduled to be tried on June 8, in addition to the above-captioned matter.  Further, due to scheduling constraints, criminal trials take precedence over civil trials.  Accordingly, it is possible that the trial in this case will be delayed.  The Court remains optimistic that one of the other

cases on the calendar for June 8 will be resolved and that this trial will be able to proceed as scheduled.

**The parties are advised that all deadlines contained in the Court's Pre-Trial Scheduling Order (ECF No. 89) remain in effect and the parties should assume that the case will proceed without delay.** In the interim, a telephonic conference in this case is hereby scheduled to take place on **May 21, 2021 at 10:00 a.m.** in addition to the final pre-trial conference already scheduled to take place on May 27, 2021. Counsel for the parties should dial in to the Court's conference line at the scheduled time. Please dial (866) 434-5269, access code: 4858267.

SO ORDERED.

DATED: April 26, 2021
New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge