```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

FREDERICK G. DONNELLY,

                       Plaintiff,

              -against-

RICKY L. SHERER,

                       Defendant.

```
-----------------------------------------------------------------X
-----------------------------------------------------------------X
```

FREDERICK G. DONNELLY,

                       Plaintiff,

              -against-

AMERCIAN CARBONATION CORPORATION,

                       Defendant.

```
-----------------------------------------------------------------X
```

**ORDER**

**19-CV-2121 (KHP)**

**19-CV-6030 (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Based on the parties' May 24, 2021 submissions (ECF Nos. 97-98,) the parties dispute whether the Court should incorporate a jury instruction on the failure to produce evidence at trial (*see* PJI 1:77). Accordingly, the parties are hereby directed to file letters with the Court providing argument and any applicable case law on this issue by 5:00 p.m. on Wednesday May 26, 2021. The Court will evaluate the parties' supplemental submissions in advance of the May 27, 2021 Final Pre-Trial Conference.

**SO ORDERED.**

DATED: May 25, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge