**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

FREDERICK G. DONNELLY,

                              Plaintiff,                          **ORDER**

                     -against-                                      **19-CV-2121 (KHP)**

RICKY L. SHERER,

                              Defendant.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

FREDERICK G. DONNELLY,

                              Plaintiff,

                     -against-                                      **19-CV-6030 (KHP)**

AMERCIAN CARBONATION CORPORATION,

                              Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On June 8, 2021 trial in this action will commence, following the selection of the jury, in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Seating for spectators in the courtroom itself is limited in light of pandemic-related safety precautions. Members of the public and press may access the trial remotely using the following information:

- Call-in Number: (866) 434-5269
- Access Code: 4858267.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021

**SO ORDERED.**

DATED: June 3, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge