```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FREDERICK G. DONNELLY,

                        Plaintiff,

              -against-

RICKY L. SHERER,

                        Defendant.

------------------------------------------------------------------X
------------------------------------------------------------------X

FREDERICK G. DONNELLY,

                        Plaintiff,

              -against-

AMERICAN CARBONATION CORPORATION,

                        Defendant.

------------------------------------------------------------------X

**ORDER**

**19-CV-2121 (KHP)**

**19-CV-6030 (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Consistent with the parties' stipulation on damages and the Court's guidance stated on the record at the trial in this case, the parties are hereby directed to file a stipulation of dismissal, consistent with the jury's verdict, by no later than **June 16, 2021**.

      SO ORDERED.

DATED:    June 9, 2021
                New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge