**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

FREDERICK G. DONNELLY,

                              Plaintiff,

              -against-

RICKY L. SHERER,

                              Defendant.

------------------------------------------------------------------X
------------------------------------------------------------------X

FREDERICK G. DONNELLY,

                              Plaintiff,

              -against-

AMERICAN CARBONATION CORPORATION,

                              Defendant.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021
```

**ORDER**

**19-CV-2121 (KHP)**

**19-CV-6030 (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties having submitted stipulations of dismissal in both the above-captioned

cases, the Court hereby directs the Clerk of Court to close both cases on the public docket.

       **SO ORDERED.**

DATED:        June 14, 2021
              New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge